ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TOVA D. WOLKING, C.S.B.N. 259782
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    E-Mail: Tova.Wolking@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA PACKER, | No. EDCV 10-0231 JCG |
|     Plaintiff, | |
|     v. | ORDER OF REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

Based upon the parties' Stipulation to Voluntary Remand Under Sentence Six of 42 U.S.C. § 405(g), and for good cause shown, IT IS ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the above-referenced stipulation.

DATED: May 17, 2010

                              HON. JAY C. GANDHI
                              UNITED STATES MAGISTRATE JUDGE