1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PATRICIA PACKER,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ED CV 10-0231 JCG

**JUDGMENT**

    IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

DATED: April 18, 2011.

_____
Hon. Jay C. Gandhi
United States Magistrate Judge